UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 04 2021
PER _____
DEPUTY CLERK

DAVID ALLEN O'KANE, : NO. 1:21-CV-00013
     Plaintiff, :
             :
-vs- : (SCHWAB, M.J.)
             :
KILOLO KIJAKAZI, :
Acting Commissioner of :
Social Security, :

## ORDER

AND NOW, this 4th day of August, 2021, upon consideration of Defendant's Motion to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is granted, and the case is remanded to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g).

          BY THE COURT:

          _____
          SUSAN E. SCHWAB
          U.S. MAGISTRATE JUDGE