UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ALLEN O'KANE, | : CIVIL NO: 1:21-cv-00013 |
| Plaintiff, | : (Magistrate Judge Schwab) |
| v. | : |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | : |

**ORDER**
November 3, 2021

On October 4, 2021, O'Kane filed a motion for default judgment. *Doc. 18*. In his motion, O'Kane alleges that the Commissioner failed to respond to his complaint in a timely manner and thus, requests a default judgment. *Id*. Because we have already ordered this case to be remanded to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g) (*doc. 17*), **IT IS ORDERED** that O'Kane's motion for default judgment (*doc. 18*) is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge